JOSHUA J. GILBERT AND ANOTHER, RESPONDENTS, v. WILLIAM T. WHEELER AND ANOTHER, ADMINISTRATORS, ETC., APPELLANTS.

Order affirmed, without costs. HARDIN, J., not sitting.

---

HIRAM CHADDOCK, RESPONDENT, v. JOHN PANSY AND OTHERS, APPELLANTS.

Judgment affirmed, with costs of the appeal.

---

JOSEPH H. LAWRENCE, ADMINISTRATOR, ETC., APPELLANT, v. THE ÆTNA INSURANCE COMPANY, RESPONDENT.

The findings of the jury set aside, a new trial ordered, and the order appealed from vacated, without costs of the appeal to either party, on the ground that there has been a mistrial of the action, the record showing neither a general nor a special verdict. (Code of Civ. Pro., §§ 1186, 1187.) SMITH, J., not sitting.

---

HOBART B. CONE, AS RECEIVER, ETC., RESPONDENT, v. HENRY HOFFMAN, APPELLANT.

Order appealed from affirmed.

---

THE GROVER AND BAKER SEWING MACHINE COMPANY, RESPONDENT, v. NANCY J. MAXSON, APPELLANT.

Judgment affirmed, with costs of appeal.

---

GEORGE A. REYNOLDS, RESPONDENT, v. ASHBEL W. RILEY, APPELLANT.

Judgment affirmed.

---

JOSHUA WADLEY AND ANOTHER, RESPONDENTS, v. JOSEPH H. DAVIS, AS EXECUTOR, ETC., APPELLANT.

Order appealed from affirmed, without costs to either party. HARDIN, J., taking no part.